9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

APR 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAIME ALEXANDER SORTO GALEA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-015 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 17, 1999 should be **ADOPTED.**

IT IS FURTHER **ORDERED** that Jaime Alexander Sorto Galea's Application for Writ of Habeas Corpus be **DENIED** and that this case be **DISMISSED**.

DONE in Brownsville, Texas, on this _____ day of __April__ 1999.

_____
Hilda G. Tagle
United States District Judge